**Nos. 24-12266-C & 24-12809-G**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

---

Ramnarine Boodoo,
*Plaintiff-Appellant*

v.

Alabama Psychiatry, LLC, et al.,
*Defendants-Appellees*.

Appeals from the United States District Court
For the Northern District of Alabama

Nos. 2:23-cv-00460 & 2:21-cv-00569

---

**APPELLANT'S MOTION TO WITHDRAW
UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

Benjamin P. Bucy
Chloé M. Chetta
Aaron M. Steeg
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Ste. 2350
New Orleans, Louisiana 70112
(504) 589-9700
bbucy@barrassousdin.com
cchetta@barrassousdin.com
asteeg@barrassousdin.com

James F. Barger, Jr.
J. Elliott Walthall
FROHSIN BARGER & WALTHALL
100 Main Street
Saint Simons Island, Georgia 31522
(205) 933-4006
jim@frohsinbarger.com
elliott@frohsinbarger.com

*Attorneys for Plaintiff-Appellant
Ramnarine Boodoo*

Nos. 24-12266-C & 24-12809-G, *Boodoo v. Alabama Psychiatry, LLC, et al.*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, the undersigned counsel of record verifies that the persons and entities listed below have or may have an interest in the outcome of this case:

- Alabama Psychiatry, LLC – Defendant

- Axon, Annemarie Carney – District Court Judge

- Barger, Jr., James Frederick – Attorney for Plaintiff-Relators

- Barrasso Usdin Kupperman Freeman & Sarver, LLC – Law Firm for Plaintiff-Relators

- Bass Berry & Sims, PLC – Law Firm for Defendants Lifepoint Health Inc. and RCHP - Florence LLC

- Boodoo, Ramnarine – Plaintiff-Relator

- Broe, Alana K. – Attorney for Defendant Prime Healthcare Services - Gadsden LLC

- Bucy, Benjamin Patterson – Attorney for Plaintiff-Relators

- Chetta, Chloe Marie – Attorney for Plaintiff-Relators

- Curley, Matthew M. – Attorney for Defendants Lifepoint Health Inc. and RCHP - Florence LLC

- DSB Acquisition LLC – Parent Company of Defendant Lifepoint Health Inc.

- Eason, John C. – Attorney for Defendants Lifepoint Health Inc. and RCHP - Florence LLC

Nos. 24-12266-C & 24-12809-G, *Boodoo v. Alabama Psychiatry, LLC, et al.*

- Escalona, Prim F. – Attorney for United States of America

- Esquivel, David R. – Attorney for Defendant RCHP-Florence, LLC

- Frohsin & Barger LLC – Law Firm for Plaintiff-Relators

- Grizzle, Anna Minor – Attorney for Defendants Lifepoint Health Inc. and RCHP - Florence LLC

- Guidry, Kansas – Prior Attorney for Plaintiff-Relators

- Jamie A. Johnston, PC – Law Firm for Defendants Alabama Psychiatry LLC, River Region Psychiatry Associates LLC, and Yalamanchili

- Johnson, Stephanie F. – Attorney for Defendants Prime Healthcare Services Inc. and Prime Healthcare Services - Gadsden LLC

- Johnston, Jamie Austin – Attorney for Defendants Alabama Psychiatry LLC, River Region Psychiatry Associates LLC, and Yalamanchili

- Jones Walker, LLP – Law Firm for Defendants Prime Healthcare Services Inc. and Prime Healthcare Services - Gadsden LLC

- Kamath, Mithun – Attorney for Plaintiff-Relators

- King & Spalding LLP – Law Firm for Defendants Prime Healthcare Services Inc. and Prime Healthcare Services - Gadsden LLC

- Lee, Brandy M. – Attorney for Plaintiff-Relators

- Lee Law Firm LLC – Law Firm for Plaintiff-Relators

- Lifepoint Health Inc. – Defendant

- Long, III, Don B. – Attorney for United States of America

- Martin, Daniel J. – Attorney for Defendants Prime Healthcare Services Inc. and Prime Healthcare Services - Gadsden LLC

C-2 of 3

Nos. 24-12266-C & 24-12809-G, *Boodoo v. Alabama Psychiatry, LLC, et al.*

- Parrish, Ashley C. – Attorney for Defendant Prime Healthcare Services - Gadsden LLC

- Paulhus, Michael E. – Attorney for Defendants Prime Healthcare Services Inc. and Prime Healthcare Services - Gadsden LLC

- Prime Healthcare Services-Gadsden, LLC – Defendant

- Prime Healthcare Services Inc. – Defendant

- RCHP-Florence LLC d/b/a Shoals Hospital – Defendant

- Regional Care Hospital Partners, LLC – Parent Company of Defendant RCHP-Florence, LLC

- Richardson, Clinton – Prior Attorney for United States of America

- River Region Psychiatry Associates, LLC – Defendant

- Riverview Regional Medical Center LLC – Defendant

- Steeg, Aaron M. – To-Be-Enrolled Attorney for Plaintiff-Relators

- United States of America

- Walthall, James Elliott – Attorney for Plaintiff-Relators

- Wilkerson, Andrew D. – Plaintiff-Relator

- Yalamanchili, Shankar B. – Defendant

The undersigned counsel of record verifies that no publicly traded company or corporation has an interest in the outcome of this case.

C-3 of 3

**MEMORANDUM**

Pursuant to Eleventh Circuit Internal Operating Procedure 7 for Federal Rule

of Appellate Procedure 27, Appellant Dr. Ramnarine Boodoo moves to withdraw his

motion for an extension of time to file a reply to RCHP-Florence, LLC's response

to the pending motion to consolidate appeals. No. 24-12266, Doc. 18; No. 24-12809,

Doc. 21. Dr. Boodoo filed his reply today, and therefore the motion for an extension

of time is moot.


Date: September 20, 2024

> /s/ Benjamin P. Bucy
> Benjamin P. Bucy
> Chloé M. Chetta
> Aaron M. Steeg
> BARRASSO USDIN KUPPERMAN
>  FREEMAN & SARVER, L.L.C.
>
> James F. Barger, Jr.
> J. Elliott Walthall
> FROHSIN BARGER & WALTHALL
>
> *Attorneys for Appellant Ramnarine Boodoo*

1

## Certificate of Compliance

1.      This document complies with the type-volume limits of Fed. R. App. P. 27(d)(2)(A) because the motion contains 69 words.

2.      This document complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Benjamin P. Bucy*
Benjamin P. Bucy

2

**Certificate of Service**

I certify that on September 20, 2024, I electronically filed the foregoing motion with

the Clerk of Court by using the Court's CM/ECF system, which will send a notice

of electronic filing to all parties in the case who are registered through CM/ECF.

*/s/ Benjamin P. Bucy*
Benjamin P. Bucy

3