# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 24-12266

_____

UNITED STATES OF AMERICA,

                                                           Plaintiff,

RAMNARINE BOODOO,

                                                Plaintiff-Appellant,

*versus*

ALABAMA PSYCHIATRY LLC,
RIVER REGION PSYCHIATRY ASSOCIATES LLC,
SHANKAR B. YALAMANCHILI,

                                                Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

2    Order of the Court    24-12266

D.C. Docket No. 2:23-cv-00460-ACA

No. 24-12809

In Re: UNITED STATES OF AMERICA,

RAMNARINE BOODOO,

                                        Plaintiff-Appellant,

versus

LIFEPOINT HEALTH INC,
RCHP - FLORENCE LLC,
d.b.a. Shoals Hospital,
PRIME HEALTHCARE SERVICES - GADSDEN LLC,
RIVER REGION PSYCHIATRY ASSOCIATES LLC,
ALABAMA PSYCHIATRY LLC, et al.,

                                        Defendants-Appellees.

24-12266        Order of the Court        3

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:21-cv-00569-ACA

ORDER:

"Appellant's Motion to Consolidate Appeals" is DENIED.

_____
UNITED STATES CIRCUIT JUDGE